UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 15-2402**

———————

KIMBERLY LEE, on behalf of KJL,

              Plaintiff - Appellant,

        v.

COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION,

              Defendant - Appellee.

———————

Appeal from the United States District Court for the District of South Carolina, at Orangeburg.   J. Michelle Childs, District Judge.  (5:14-cv-01356-JMC)

———————

Submitted:  April 29, 2016                  Decided:  May 18, 2016

———————

Before WYNN and HARRIS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Kimberly Lee, Appellant Pro Se.  Marshall Prince, II, Assistant United States Attorney, Columbia, South Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kimberly Lee, on behalf of her minor daughter KJL, appeals the district court's order accepting the magistrate judge's recommendation and affirming the Commissioner's denial of supplemental security income (SSI).* We have reviewed the record and find no reversible error. Accordingly, we affirm substantially for the reasons stated by the district court. Lee v. Comm'r of Soc. Sec. Admin., No. 5:14-cv-01356-JMC (D.S.C. Sept. 28, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

---

* Although we previously have recognized "that non-attorney parents generally may not litigate the claims of their minor children in federal court," Myers v. Loudoun Cty. Pub. Sch., 418 F.3d 395, 401 (4th Cir. 2005), we conclude that Lee is authorized to litigate KJL's claims in the circumstances presented by this appeal from the administrative denial of SSI benefits, see Adams ex rel. D.J.W. v. Astrue, 659 F.3d 1297, 1301 (10th Cir. 2011); Machadio v. Apfel, 276 F.3d 103, 107 (2d Cir. 2002); Harris v. Apfel, 209 F.3d 413, 417 (5th Cir. 2000).

2